**Order entered February 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00076-CR

### OLIVIA COATS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 9
Dallas County, Texas
Trial Court Cause No. MB09-58012-K**

## ORDER

Melva Key, the court reporter for the first day of trial in this case, was ordered to deliver a copy of the record from October 5, 2011 to the trial court by December 14, 2011. Ms. Key failed to follow the order and to date, a certified copy of volume 1 of the proceedings from October 5, 2011 has not been filed in this Court. Appellant cites to portions of "RR-1" in her brief, yet the State asserts it does not have a copy of volume 1. Before this appeal can proceed, the Court must have findings pursuant to Texas Rule of Appellate Procedure 34.6(f).

Accordingly, we **ORDER** the trial court to conduct a hearing and to make findings regarding the following: (1) whether appellant has a certified copy of volume 1 of the record in his possession; (2) if appellant does not have a certified copy of volume 1 in his possession, whether the notes of Melva Key recorded from October 5, 2011 are available; (2) if the notes are

not available, whether appellant is at fault for the loss or destruction of the notes; and (4) whether appellant and the State can agree to a substituted record.

We **ORDER** the trial court to transmit a supplemental record containing its written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to transmit copies of this order, by electronic transmission, to the Honorable Peggy Hoffman, Presiding Judge, County Criminal Court No. 9; court reporters Sandi Morelan and Melva Key; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated when we receive the supplemental record containing its findings of fact.

/s/ MICHAEL J. O'NEILL
   JUSTICE